IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
APR 26 2007
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| -vs- ) | No. M-07-63-P |
| JEFFREY LEE FISH, ) | |
| Defendant. ) | |

## ORDER SEALING COMPLAINT AND AFFIDAVIT

The above-styled and numbered cause comes on for hearing upon the application of John C. Richter, United States Attorney for the Western District of Oklahoma, and Randal A. Sengel, Assistant United States Attorney, that the Complaint and Affidavit in the above-numbered cause, issued by the United States Magistrate in an investigation of the above-styled case, because of the nature of some of the matters therein, be filed under seal in this Court pursuant to an Order under Local Criminal Rules 4.1 and 12.3.

WHEREUPON, the Court, being fully advised in the premises, finds that said Application is meritorious and should be granted.

**IT IS THEREFORE ORDERED** that the Complaint and Affidavit in the above-captioned case be filed in the Office of the Clerk of this Court under seal, together with this instant Order

Sealing Complaint and Affidavit, and Application to Seal Complaint and Affidavit, so as not to become matters of public record in this Court, until the initial appearance of the named defendant or further order of the Court.

ENTERED: APRIL 26, 2007.

                                                              GARY M. PURCELL
                                                              United States Magistrate Judge

APPROVED AS TO FORM:

JOHN C. RICHTER
United States Attorney

RANDAL A. SENGEL
Assistant U.S. Attorney