**UNITED STATES COURT OF APPEALS**
**TENTH CIRCUIT**
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

**FILED**
MAR 19 2009
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

March 17, 2009

**To:** Clerk, U.S. District Court or Agency

**District:** Western Oklahoma

**From:** Debra Struck
303-335-2702

**Subject:** Record /Original File Return

**Shipped via:** UPS

**Attention:** Records Clerk

The mandate(s) has been issued in the appeal(s) listed below. Materials are being returned to you under cover of this letter. Please acknowledge receipt of the materials by receive stamping, dating, signing and returning this letter to our office.

| 10th Circuit Case Number | District Court Case Number | Short Caption | Volumes | Document Number |
|---|---|---|---|---|
| 08-6007 | CR-07-124-M | USA v. Fish | Three | 9642780 |
| 08-6138 | CIV-07-1267-M | Harvey v. Addison | One | 9642784 |

Signature: _____

Receipt date: 3-19-09